**Ernesto Alonso Mejia RODRIGUEZ, Petitioner–Appellant,**

v.

**Janet RENO, as Attorney General of the United States, and the Immigration and Naturalization Service, Respondents– Appellees.**

No. 98–4426.

United States Court of Appeals, Eleventh Circuit.

March 5, 1999.

Elliot H. Scherker, Miami, FL, Oscar Levin, Greenberg, Traurig, Hoffman, Lipoff & Quentel, P.A., Miami, FL, for Petitioner– Appellant.

Jane Gomez, David V. Bernal, Office of Immigration Litigation/Civil Division, Washington, DC, for Respondents–Appellees.

Before CARNES and HULL, Circuit Judges, and HENDERSON, Senior Circuit Judge.

PER CURIAM:

The Court *sua sponte* VACATES its opinion in the above-styled case, which is current-

ly published at 164 F.3d 575 (11th Cir.1999). The case is resubmitted to the Court for decision. Petitioner/Appellant's Motion for Rehearing is DENIED as MOOT.